## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENEZ K. PARKS,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Case No. 3:17-cv-00049-JPG
---
Criminal Case No. 14-cr-40052-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Kenez K. Parks's petition for a writ of *habeas corpus/*motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**, and that judgment is entered in favor of respondent United States of America and against petitioner Kenez K. Parks.

DATED:  March 1, 2018

                                             **JUSTINE FLANAGAN,**
                                             **Acting Clerk of Court**

                                           **BY:**   **s/Tina Gray**
                                                 **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**